UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| IN RE: ACCUTANE PRODUCTS LIABILITY LITIGATION | CASE NO: 8:04-MD-2523-T-30TBM<br>MDL 1626 |
| JULIA BISHOP, et al. | |
| v. | CASE NO: 8:02-cv-1533-T-30TBM |
| HOFFMANN-LA ROCHE, INC., et al.<br>_____/ | |

## ORDER OF REFERRAL

**THIS COURT** has for its consideration the Plaintiffs' Motion for Amended Case Management and Scheduling Order (**Dkt. #393**). The Court hereby refers the Motion to Magistrate Judge Thomas B. McCoun for disposition of same. The Court requests that the Magistrate Judge dispose of the Motion(s) as expeditiously as possible.

**DONE** and **ORDERED** in Tampa, Florida on November 15, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Magistrate Judge Thomas B. McCoun
Counsel/Parties of Record

F:\Docs\2002\02-cv-1533.refer 393.wpd