**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| **IN RE:** | **Case No. 8:04-md-2523-T-30TBM** |
| **ACCUTANE PRODUCTS** | **MDL 1626 - ALL CASES** |
| **LIABILITY LITIGATION,** | |
| | **Case No. 8:02-cv-1533-T-30TBM** |
| _____/ | |

## AMENDED SCHEDULING ORDER

THIS MATTER is before the court on **Plaintiffs' Motion for Amended Case Management and Scheduling Order** (Doc. 393), the U.S. Defendants' response (Doc. 396), and the Swiss Defendants' response (Doc. 397).[1] By their motion, Plaintiffs seek an Order extending the fact discovery and expert disclosure deadlines in <u>Bishop v. Hoffmann-La Roche, Inc., et al.</u>, Case No. 8:02-cv-1533-T-30TBM, and the other psychiatric track cases.[2] Defendants do not object to Plaintiffs' request or to the extension of any other deadlines which the court deems necessary. A hearing on this matter was conducted on December 2, 2005.

Upon consideration, the **Plaintiffs' Motion for Amended Case Management and Scheduling Order** (Doc. 393) is **GRANTED**. The court hereby amends the scheduling deadlines in the **Psychiatric Track** cases as follows:

Completion of fact discovery:    May 8, 2006[3]

---

[1] The Honorable James S. Moody has referred this matter to the undersigned for disposition. (Doc. 394).

[2] As indicated by the parties at hearing, the amendment of the deadlines in the psychiatric track cases necessitates, at least from a practical standpoint, an extension of the same in the IBD track cases.

[3] In significant part, the request to extend the fact discovery cutoff is necessitated by the incomplete discovery disclosures from Defendants' foreign affiliates. In addition to the

|  |  |
|---|---|
| Plaintiffs' expert disclosure: | June 12, 2006 |
| Defendants' expert disclosure: | July 10, 2006 |
| Expert discovery deadline: | August 21, 2006 |
| <u>Daubert</u> motions deadline: | September 4, 2006. |
| Dispositive motions deadline: | September 25, 2006 |
| Mediation deadline: | December 1, 2006 |

The court hereby amends the scheduling deadlines in the **IBD Track** cases as follows:

|  |  |
|---|---|
| Completion of fact discovery: | June 12, 2006 |
| Plaintiffs' expert disclosure: | July 10, 2006 |
| Defendants' expert disclosure: | August 14, 2006 |
| Expert discovery deadline: | September 22, 2006 |
| <u>Daubert</u> motions deadline: | October 6, 2006 |
| Dispositive motions deadline: | October 27, 2006 |
| Mediation deadline: | December 1, 2006 |

These deadlines shall not be extended except upon a showing of extraordinary circumstances.

Hearings on the <u>Daubert</u> motions and the pretrial conference and trial dates shall be scheduled by separate order of the district judge.

**Done and Ordered** in Tampa, Florida, this 5th day of December 2005.

*/s/ Thomas B. McCoun III*

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge
Counsel of Record

---

above deadlines, the court directs that Defendants' foreign affiliate production be completed and certified by March 6, 2006.