**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**JULIA BISHOP and**
**KAREN JOHNSON,**

    **Plaintiffs,**

v.                                                                          Case No.  **8:02-cv-1533-T-30TBM**

**HOFFMAN-LA ROCHE, INC., et al.,**

    **Defendants.**
_____

## ORDER

THIS CAUSE comes before the Court upon Julie Bishop and Karen Johnson's Motion for Reconsideration of the Court's December 22, 2006 Order, or, in the Alternative, Motion for Clarification of the Court's December 22, 2006 Order, and Motion for Stay and Oral Argument (Dkt. 426),[1] Defendants' Response in Opposition to the same (Dkt. 427), and Plaintiffs' Emergency Motion for Stay of the Court's December 22, 2006 Order to Permit Reconsideration or Writ of Mandumus [sic] to Eleventh Circuit Court of Appeals and Request for Expedited Briefing (Dkt. 428).  Upon review and consideration of the same, this Court finds that Plaintiffs' Motion for Reconsideration, Motion for Oral Argument and Motions to Stay are **denied**.  Their Motion for Clarification, however, is **granted**.  Plaintiffs are hereby ordered to produce to the independent third party expert, on January 22, 2007, the FBI hard drive images.  Upon review of these images, the independent third party expert shall first produce to Plaintiffs those documents and/or images it determines are relevant to

---

[1] Plaintiffs are advised that in the future they are to file motions with multiple requests for relief as individual entries on the docket.

the issues in this case and plans to produce to Defendants. Within **ten (10) days** of receipt and review of said documents and/or images, Plaintiffs shall file with this Court objections to those documents and/or images with which they take issue, detailing with specificity their reasons for the objections. If Plaintiffs' objections are filed within the **ten (10) day** period, the independent third party expert is prohibited from producing to Defendants the documents at issue until such time as this Court has an opportunity to rule on the objections. Should Plaintiffs fail to submit written objections to this Court within this **ten (10) day** period, the independent third party expert is directed to produce the documents to Defendants.

It is therefore ORDERED AND ADJUDGED that:

1. Julie Bishop and Karen Johnson's Motion for Reconsideration of the Court's December 22, 2006 Order, or, in the Alternative, Motion for Clarification of the Court's December 22, 2006 Order, And Motion for Stay and Oral Argument (Dkt. 426) is **GRANTED in part and DENIED in part** as stated herein.

2. Julie Bishop and Karen Johnson's Emergency Motion for Stay of the Court's December 22, 2006 Order to Permit Reconsideration or Writ of Mandumus [sic] to Eleventh Circuit Court of Appeals and Request for Expedited Briefing (Dkt. 428) is **DENIED**.

**DONE** and **ORDERED** in Tampa, Florida on January 19, 2007.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2002\Accutane cases\02-cv-1533.frm