# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**JULIA BISHOP and
KAREN JOHNSON,**

      **Plaintiffs,**

**v.**                                **Case No.  8:02-cv-1533-T-30TBM**

**HOFFMAN-LA ROCHE, INC., et al.,**

      **Defendants.**
_____

## ORDER OF DISMISSAL

THIS CAUSE came before the Court upon Plaintiffs' Motion for Order of Dismissal (Dkt. #484), Defendants' Response thereto (Dkt. #485), and Plaintiffs' Reply (Dkt. #489). Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1.    Plaintiffs' Motion for Order of Dismissal (Dkt. #484) is GRANTED.

2.    The facts regarding the medical condition, both physical and mental, of Plaintiffs and Charles Bishop are to remain confidential.

3.    Defendants, and experts, shall return to Plaintiffs all records obtained, including, but not limited to, medical, educational, employment, insurance, pharmacy, law enforcement, computer, and economic records obtained regarding Charles Bishop, Julia Bishop, and Karen Johnson pursuant to authorizations executed by the Plaintiffs and/or produced by third parties pursuant to subpoena.

4.      Each side shall bear its own fees and costs.

5.      The Clerk is directed to close this file and terminate any pending motions as moot.

**DONE** and **ORDERED** in Tampa, Florida on June 25, 2007.


JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>**Copies furnished to:**</u>
Counsel/Parties of Record

F:\Docs\2002\02-cv-1533.dismissal 489.wpd